IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| Terrie D. Bellamy, | ) | Civil Action No. 4:16-cv-00286-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **QUALIFIED PROTECTIVE ORDER** |
| | ) | |
| World Marketing of America, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This Qualified Protective Order ("Order") is presented to the Court pursuant to 45 C.F.R. § 164.512(e) of the Privacy Standards promulgated pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). The parties agree to comply fully with the terms and conditions of this Order.

1. This Order shall apply to the production of all documents produced pursuant to any Subpoenas or HIPAA Authorizations served or executed in this litigation, such documents hereinafter referred to ("Records from all healthcare providers").

2. The Records of the plaintiff, Terrie D. Bellamy, of any healthcare provider shall be used only in the course of the above-captioned proceedings and shall be provided to all counsel of record.

3. Upon conclusion of this action, the Records from all healthcare providers, and all copies thereof, shall either be returned to the plaintiff's counsel or destroyed.

    4. By approval of this Order, the parties agree to be bound by the conditions of this Order.

    **AND IT IS SO ORDERED.**

| | |
|---|---|
| April 22, 2016 | s/ R. Bryan Harwell |
| Florence, South Carolina | R. Bryan Harwell |
| | United States District Judge |

Pursuant to Local Civil Rule 83.I.08, this order is being sent to local counsel only.

      We Consent: S / S. Kirkpatrick Morgan
             Counsel for Plaintiff

             S / Rebecca Laffitte
             Counsel for Defendant

**WE MOVE AND AGREE:**

SOWELL GRAY STEPP & LAFFITTE, L.L.C.


By:   S / Rebecca Laffitte
      Rebecca Laffitte
      Fed. ID. # 1036
      rlaffitte@sowellgray.com
      J. Michael Montgomery
      Fed. ID. # 10290
      mmontgomery@sowellgray.com
      1310 Gadsden Street
      Post Office Box 11449
      Columbia, South Carolina 29211
      (803) 929-1400

Attorneys for Defendant, World Marketing of America, Inc.

**WE CONSENT AND AGREE:**

WALKER MORGAN, LLC


By:     S / S. Kirkpatrick Morgan
        S. Kirkpatrick Morgan, Esquire
        Fed. ID. # 5095
        Charles T. Slaughter, Esquire
        Fed. ID. # 10690
        Post Office Box 949
        Lexington, South Carolina 29072
        (803) 359-6194

Attorneys for Plaintiff, Terrie D. Bellamy